**In the United States District Court**
**For the District of Puerto Rico**

| |  |
|---|---|
| The United States of America, Plaintiff<br><br>v.<br><br>Edward I. Cordero-Cintrón, Defendant. | Criminal No.: 17-642 (PG/CVR) |

MOTION REQUESTING ORDER TO AUTHORIZE BONDING COMPANY

COMES NOW the defendant, Edward I. Cordero-Cintrón (hereinafter "Mr. Cordero-Cintrón"), represented by the Federal Public Defender for the District of Puerto Rico, through the undersigned attorney, and very respectfully states, alleges and prays as follows:

1. The bail hearing for the present case took place today, January 17, 2018 at 9:00AM. Bail was granted in the amount of $10,000.00 cash or secured.

2. Mr. Cordero-Cintrón comes from a humble and modest family, who unfortunately cannot pay the total amount set for bail. Certainly, he is represented by the Federal Public Defender for the District of Puerto Rico, as he doesn't have the means to retain counsel.

3. Fortunately, Mr. Cordero-Cintrón's family were able to gather a small percentage of the $10,000.00 in order to use a bonding company to release the defendant on bail.

4. Said bonding company is *International Fidelity Insurance Corporation*, an authorized federal bonding company that has worked with the District Court in numerous cases. Specifically, the agent that will be working on the case is Mr. Luis Ortiz, a federal licensed guarantor.

5. Mr. Cordero-Cintrón's family already arranged the details with Mr. Ortiz and both parties are waiting on this Honorable Court's order to proceed with bail. The undersigned attorney confirmed this information with Mr. Luis Ortiz.

6. All other conditions of release imposed shall remain intact.

7. For the information stated above, Mr. Cordero-Cintrón respectfully requests this Honorable Court to authorize the using of International Fidelity Insurance Corporation for bail purposes.

WHEREFORE, Mr. Cordero-Cintrón respectfully requests this Honorable Court to GRANT the present motion and AUTHORIZE the using of International Fidelity Insurance Corporation for bail purposes.

I HEREBY CERTIFY that on this date I electronically filed the present motion with the Clerk of the Court using the CM/ECF system which will send electronic notification of said filing to all parties of record.

Respectfully submitted,

In San Juan, Puerto Rico, this 17th day of January, 2018.

Eric Alexander Vos
Federal Public Defender

S/*Edwin A. Mora Rolland*
Edwin A. Mora Rolland
Assistant Federal Public Defender
USDC-PR 304603
241 F.D. Roosevelt Avenue
San Juan, Puerto Rico 00918-2441
(787) 281-4922 Ext. 262
Fax (787) 281-4899
Edwin_Mora@fd.org